AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of __NEVADA__

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

FEB - 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:15-CR-0099-MMD-WGC |
| | ) | |
| JOZIAH NEPHI STREET | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia St.<br>Reno, Nevada 89501<br>Honorable William G. Cobb, U.S. Magistrate Judge | Courtroom No.: | 2 ~ 4th Floor |
|---|---|---|---|
| | | Date and Time: | February 11, 2016 at 3:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Feb 5, 2016

_____
*Judge's signature*

Valerie P. Cooke, U.S. Magistrate Judge
_____
*Printed name and title*